UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 09-00673-CJC(MLGx) | Date | November 20, 2009 |
| Title | Edwin Quemuel, et al v. Wells Fargo Bank Inc., et al | | |

Present: The Honorable   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Michelle Urie | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None Present   None Present

**Proceedings:**   (IN CHAMBERS)  ORDER DISMISSING ACTION FOR LACK OF PROSECUTION AND NOT COMPLYING WITH THE COURTS ORDER

Plaintiff filed this action on June 8, 2009.  On September 25, 2009, this Court issued an Order to show cause why the case should not be dismissed for failure to prosecute.  On October 27, 2009, the Court signed a Notice of Document Discrepancies ordering the plaintiff's filing of First Amended Verified Complaint for Damages not be filed, but instead rejected and ordered returned to counsel as the 21 days leave to amend had passed.

Therefore, the Court ORDERS that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

_____ :   0

Initials of Preparer   mu